UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: NISSEN, CAROL | § | Case No. 10-74239 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 01/07/2013 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated : 11/13/2012          By: /s/JOSEPH D. OLSEN
                                         Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: NISSEN, CAROL             §   Case No. 10-74239
                                 §
                                 §
Debtor(s)                        §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 180,000.00 |
| *and approved disbursements of* | $ 81,355.03 |
| *leaving a balance on hand of* [1] | $ 98,644.97 |
| **Balance on hand:** | $ 98,644.97 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---:|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 98,644.97 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH D. OLSEN | 11,500.00 | 0.00 | 11,500.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 74.58 | 0.00 | 74.58 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 987.50 | 0.00 | 987.50 |

| | |
|---:|---:|
| Total to be paid for chapter 7 administration expenses: | $ 12,562.08 |
| Remaining balance: | $ 86,082.89 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 86,082.89

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 86,082.89

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 85,547.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 662.48 | 0.00 | 662.48 |
| 2 | Chase Bank USA, N.A. | 5,385.73 | 0.00 | 5,385.73 |
| 3 | Chase Bank USA, N.A. | 19,523.88 | 0.00 | 19,523.88 |
| 4 | Chase Bank USA, N.A. | 4,783.66 | 0.00 | 4,783.66 |
| 5 | Chase Bank USA, N.A. | 2,235.73 | 0.00 | 2,235.73 |
| 6 | Chase Bank USA, N.A. | 7,471.47 | 0.00 | 7,471.47 |
| 7 | Chase Bank USA,N.A | 3,270.87 | 0.00 | 3,270.87 |
| 8 | American Express Bank, FSB | 4,764.13 | 0.00 | 4,764.13 |
| 9 | Capital One, N.A. | 766.24 | 0.00 | 766.24 |
| 10 | US Bank N.A. | 5,609.59 | 0.00 | 5,609.59 |

**UST Form 101-7-NFR (10/1/2010)**

| 11 | GE Money Bank | 68.74 | 0.00 | 68.74 |
|---|---|---|---|---|
| 12 | GE Money Bank | 1,495.01 | 0.00 | 1,495.01 |
| 13 | GE Money Bank | 7,593.62 | 0.00 | 7,593.62 |
| 14 | GE Money Bank | 2,519.70 | 0.00 | 2,519.70 |
| 15 | GE Money Bank | 830.75 | 0.00 | 830.75 |
| 16 | GE Money Bank | 4,649.97 | 0.00 | 4,649.97 |
| 17 | GE Money Bank | 5,484.27 | 0.00 | 5,484.27 |
| 18 | GE Money Bank | 2,085.95 | 0.00 | 2,085.95 |
| 19 | FIA Card Services, NA/Bank of America | 6,345.78 | 0.00 | 6,345.78 |

Total to be paid for timely general unsecured claims: $ 85,547.57
Remaining balance: $ 535.32

Tardily filed claims of general (unsecured) creditors totaling $ 760.36 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 70.4 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 20 | United Consumer Financial Services (Kirby) | 760.36 | 0.00 | 535.32 |

Total to be paid for tardy general unsecured claims: $ 535.32
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
                        Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                            Case No. 10-74239-MB
Carol Nissen                                                      Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett               Page 1 of 3                   Date Rcvd: Nov 27, 2012
                              Form ID: pdf006              Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2012.
db           +Carol Nissen,    2707 Kendall Crossing,    Johnsburg, IL 60051-8519
aty          +Joseph D. Olsen,    Yalden, Olsen & Willette,    1318 East State Street,    Rockford, IL 61104-2228
16037290     +AMEX,   Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
16809257      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16037284     +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
16037296     +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
16037269    ++CHASE CARD SERVICES,     201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court:   Chase,    Attn: Bankruptcy Dept.,    Po Box 1093,
                Northridge, CA 91328)
19622361     +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
               Tucson, AZ 85712-1083
16037272     +Chase,    Attn: Bankruptcy Dept.,    Po Box 901039,    Fort Worth, TX 76101-2039
16625138      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16777781     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16037273     +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
16037274     +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
16989481      GE Money Bank,    c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,
               Miami FL 33131-1605
16200461     +Good Shephard Hospital,    Bankruptcy Department,    450 West Highway 22,
               Barrington, IL 60010-1919
16037289    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court:   HSBC/Hlzbg,    Attn: Bankruptcy Dept.,    Po Box 15524,
                Wilmington, DE 19850)
16037276     +HSBC BANK,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
16819184     +HSBC Bank Nevada, N.A. (Bon Ton),    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
               Tucson, AZ 85712-1083
16037279     +HSBC/Carsn,    Attn: Bankruptcy Dept.,    Po Box 15521,    Wilmington, DE 19850-5521
16037293     +THD/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
16037271     +Toyota Motor Credit Company,    Attn: Bankruptcy Dept.,    1111 W 22Nd St Ste 420,
               Oak Brook, IL 60523-1959
16037275     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
16037294    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US BANK/NA ND,    Attn: Bankruptcy Dept.,    4325 17Th Ave S,
                Fargo, ND 58125)
16037270     +United Consumer FINL S,    Attn: Bankruptcy Dept.,    865 Bassett Rd,    Westlake, OH 44145-1194
17854375     +United Consumer Financial Services (Kirby),    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
16037277     +Visdsnb,    Attn: Bankruptcy Dept.,    9111 Duke Blvd,    Mason, OH 45040-8999

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16595270      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 28 2012 03:01:10      Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, OH   43054-3025
16037278     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 28 2012 03:01:10      Discover FIN SVCS LLC,
               Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
16991412      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2012 02:56:10
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,   PO Box 248809,
               Oklahoma City, OK   73124-8809
16037281     +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2012 02:58:19      GEMB/AMER EAGLE DC,
               Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
16037280     +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2012 02:54:27      GEMB/JCP,   Attn: Bankruptcy Dept.,
               Po Box 984100,    El Paso, TX 79998-4100
16037285     +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2012 02:54:27      GEMB/MEIJER DC,
               Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
16037283     +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2012 02:57:46      GEMB/Oldnavydc,
               Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
16037297     +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2012 03:00:38      GEMB/SAMS CLUB DC,
               Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
16037292     +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2012 03:00:41      GEMB/WALMART DC,
               Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
16037286     +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 28 2012 02:44:53      Kohls/Chase,
               Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Kralovec, Jambois & Schwartz,    Kralovec, Jambois & Schwartz
16037288*    +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
16037291*    +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
16037298*    +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
16037287*    +GEMB/JCP,    Attn: Bankruptcy Dept.,    Po Box 984100,    El Paso, TX 79998-4100
16037282*    +HSBC BANK,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
16946377*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201-5229)
```

```
District/off: 0752-3          User: vgossett            Page 2 of 3              Date Rcvd: Nov 27, 2012
                              Form ID: pdf006           Total Noticed: 36

16037295      ##+BANK OF America,    Attn: Bankruptcy Dept.,    Po Box 1598,    Norfolk, VA 23501-1598
                                                                               TOTALS: 1, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 29, 2012**                **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: vgossett              Page 3 of 3              Date Rcvd: Nov 27, 2012
                              Form ID: pdf006             Total Noticed: 36
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2012 at the address(es) listed below:

```
          Craig A Willette    on behalf of Trustee Joseph Olsen craigwillette@comcast.net
          Heather M Giannino    on behalf of Creditor   JP Morgan Chase Bank, National Association
           heathergiannino@hsbattys.com,    jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
          Joseph D Olsen    Jolsenlaw@comcast.net,    IL46@ECFCBIS.com
          Laura Dolores Frye    on behalf of Debtor Carol Nissen ndil@geracilaw.com,    garyfoley@hotmail.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 5
```