**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: NISSEN, CAROL § Case No. 10-74239
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $200,799.00                    Assets Exempt: $21,850.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $88,222.51      Claims Discharged
                                                 Without Payment: $70,966.04

Total Expenses of Administration: $76,777.49

3) Total gross receipts of $ 180,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $165,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $169,138.00 | $2,139.62 | $2,139.62 | $2,139.62 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 76,777.49 | 76,777.49 | 76,777.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 90,880.00 | 86,307.93 | 86,307.93 | 86,082.89 |
| **TOTAL DISBURSEMENTS** | $260,018.00 | $165,225.04 | $165,225.04 | $165,000.00 |

4) This case was originally filed under Chapter 7 on August 24, 2010. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/28/2013           By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| P.I. case | 1142-000 | 180,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$180,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Carol Nissen | Per Court ORder of 11/5/12 - Exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 44,260.00 | N/A | N/A | 0.00 |
| NOTFILED | United Consumer FINL S | 4110-000 | 1,349.00 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Motor Credit Company | 4110-000 | 2,134.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 121,395.00 | N/A | N/A | 0.00 |
| | Centegra Health/Northern Illinois Medical Center | 4220-000 | N/A | 2,139.62 | 2,139.62 | 2,139.62 |
| **TOTAL SECURED CLAIMS** | | | **$169,138.00** | **$2,139.62** | **$2,139.62** | **$2,139.62** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 11,500.00 | 11,500.00 | 11,500.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 74.58 | 74.58 | 74.58 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 987.50 | 987.50 | 987.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 98.36 | 98.36 | 98.36 |
| Law Office of Kralovec, Jambois & Schwartz | 3210-600 | N/A | 64,117.05 | 64,117.05 | 64,117.05 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $76,777.49 | $76,777.49 | $76,777.49 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 662.48 | 662.48 | 662.48 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 5,385.73 | 5,385.73 | 5,385.73 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 19,523.88 | 19,523.88 | 19,523.88 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 4,541.00 | 4,783.66 | 4,783.66 | 4,783.66 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 2,235.73 | 2,235.73 | 2,235.73 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 7,471.47 | 7,471.47 | 7,471.47 |
| 7 | Chase Bank USA,N.A | 7100-000 | 3,072.00 | 3,270.87 | 3,270.87 | 3,270.87 |
| 8 | American Express Bank, FSB | 7100-000 | N/A | 4,764.13 | 4,764.13 | 4,764.13 |
| 9 | Capital One, N.A. | 7100-000 | N/A | 766.24 | 766.24 | 766.24 |
| 10 | US Bank N.A. | 7100-000 | N/A | 5,609.59 | 5,609.59 | 5,609.59 |
| 11 | GE Money Bank | 7100-000 | N/A | 68.74 | 68.74 | 68.74 |
| 12 | GE Money Bank | 7100-000 | N/A | 1,495.01 | 1,495.01 | 1,495.01 |
| 13 | GE Money Bank | 7100-000 | N/A | 7,593.62 | 7,593.62 | 7,593.62 |
| 14 | GE Money Bank | 7100-000 | 2,253.00 | 2,519.70 | 2,519.70 | 2,519.70 |
| 15 | GE Money Bank | 7100-000 | N/A | 830.75 | 830.75 | 830.75 |
| 16 | GE Money Bank | 7100-000 | N/A | 4,649.97 | 4,649.97 | 4,649.97 |
| 17 | GE Money Bank | 7100-000 | N/A | 5,484.27 | 5,484.27 | 5,484.27 |
| 18 | GE Money Bank | 7100-000 | 5,102.00 | 2,085.95 | 2,085.95 | 2,085.95 |
| 19 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 6,345.78 | 6,345.78 | 6,345.78 |
| 20 | United Consumer Financial Services (Kirby) | 7200-000 | N/A | 760.36 | 760.36 | 535.32 |
| NOTFILED | Discover FIN SVCS LLC | 7100-000 | 490.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/JCP | 7100-000 | 668.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/AMER EAGLE DC | 7100-000 | 1,227.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE | 7100-000 | 18,635.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE | 7100-000 | 6,821.00 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF America | 7100-000 | 6,040.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE | 7100-000 | 5,001.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE | 7100-000 | 1,980.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/JCP | 7100-000 | 4,137.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/Oldnavydc | 7100-000 | 1,751.00 | N/A | N/A | 0.00 |
| NOTFILED | Visdsnb | 7100-000 | 464.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/Hlzbg | 7100-000 | 4,563.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/Carsn | 7100-000 | 608.00 | N/A | N/A | 0.00 |
| NOTFILED | US BANK/NA ND | 7100-000 | 5,253.00 | N/A | N/A | 0.00 |
| NOTFILED | THD/CBSD | 7100-000 | 5,112.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/SAMS CLUB DC | 7100-000 | 6,845.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC BANK | 7100-000 | 1,464.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC BANK | 7100-000 | 281.00 | N/A | N/A | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | AMEX | 7100-000 | 4,572.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $90,880.00 | $86,307.93 | $86,307.93 | $86,082.89 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74239  
**Case Name:** NISSEN, CAROL  

**Period Ending:** 02/28/13

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 08/24/10 (f)  
**§341(a) Meeting Date:** 10/04/10  
**Claims Bar Date:** 03/23/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   - (Debtors primary residence) | 186,234.00 | 0.00 | DA | 0.00 | FA |
| 2   checking account with - Harris | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 3   checking account with - Harris | 40.00 | 0.00 | DA | 0.00 | FA |
| 4   United Consumer FINL S - Kirby Vacuum | 800.00 | 0.00 | DA | 0.00 | FA |
| 5   Household goods; TV, DVD player, TV stand, stere | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6   Books, Compact Discs, Tapes/Records, Family Pict | 100.00 | 0.00 | DA | 0.00 | FA |
| 7   Necessary wearing apparel. | 50.00 | 0.00 | DA | 0.00 | FA |
| 8   Earrings, watch, costume jewelry | 300.00 | 0.00 | DA | 0.00 | FA |
| 9   Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | DA | 0.00 | FA |
| 10  IRA | Unknown | 0.00 | DA | 0.00 | FA |
| 11  Toyota Motor Credit - 2009 Toyota Corolla with o | 9,775.00 | 0.00 | DA | 0.00 | FA |
| 12  Family Pets/Animals. | 0.00 | 0.00 | DA | 0.00 | FA |
| 13  P.I. case | Unknown | 15,000.00 | | 180,000.00 | FA |
| 13  Assets    Totals (Excluding unknown values) | **$200,799.00** | **$15,000.00** | | **$180,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Only asset Trustee is administering is a personal injury case. Case Management Order for state court action is attached. The next state court date is set for 1/26/12. Trustee will monitor case.

**Initial Projected Date Of Final Report (TFR):**   March 23, 2011     **Current Projected Date Of Final Report (TFR):**   November 26, 2012  (Actual)

Printed: 02/28/2013 09:39 AM     V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-74239 | | Trustee: | JOSEPH D. OLSEN (330400) |
| Case Name: | NISSEN, CAROL | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****184366 - Checking Account |
| Taxpayer ID #: | **-***9544 | | Blanket Bond: | $820,095.60 (per case limit) |
| Period Ending: | 02/28/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)  
Printed: 02/28/2013 09:39 AM    V.13.11

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 10-74239  
**Case Name:** NISSEN, CAROL  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******30-66 - Checking Account  

**Taxpayer ID #:** **-***9544  
**Period Ending:** 02/28/13  

**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/22/12 | {13} | Country Mutual Insurance Company | P.I. settlement | 1142-000 | 180,000.00 | | 180,000.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 98.36 | 179,901.64 |
| 11/06/12 | 101 | Law Office of Kralovec, Jambois & Schwartz | Per 11/5/12 Order - fees/costs | 3210-600 | | 64,117.05 | 115,784.59 |
| 11/06/12 | 102 | Centegra Health/Northern Illinois Medical Center | Per Court Order of 11/5/12 - medical lien | 4220-000 | | 2,139.62 | 113,644.97 |
| 11/06/12 | 103 | Carol Nissen | Per Court ORder of 11/5/12 - Exemption | 8100-002 | | 15,000.00 | 98,644.97 |
| 01/14/13 | 104 | Yalden, Olsen & Willette | Dividend paid 100.00% on $987.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 987.50 | 97,657.47 |
| 01/14/13 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $11,500.00, Trustee Compensation; Reference: | 2100-000 | | 11,500.00 | 86,157.47 |
| 01/14/13 | 106 | JOSEPH D. OLSEN | Dividend paid 100.00% on $74.58, Trustee Expenses; Reference: | 2200-000 | | 74.58 | 86,082.89 |
| 01/14/13 | 107 | Discover Bank | Dividend paid 100.00% on $662.48; Claim# 1; Filed: $662.48; Reference: | 7100-000 | | 662.48 | 85,420.41 |
| 01/14/13 | 108 | Chase Bank USA,N.A | Dividend paid 100.00% on $3,270.87; Claim# 7; Filed: $3,270.87; Reference: | 7100-000 | | 3,270.87 | 82,149.54 |
| 01/14/13 | 109 | American Express Bank, FSB | Dividend paid 100.00% on $4,764.13; Claim# 8; Filed: $4,764.13; Reference: | 7100-000 | | 4,764.13 | 77,385.41 |
| 01/14/13 | 110 | Capital One, N.A. | Dividend paid 100.00% on $766.24; Claim# 9; Filed: $766.24; Reference: | 7100-000 | | 766.24 | 76,619.17 |
| 01/14/13 | 111 | US Bank N.A. | Dividend paid 100.00% on $5,609.59; Claim# 10; Filed: $5,609.59; Reference: | 7100-000 | | 5,609.59 | 71,009.58 |
| 01/14/13 | 112 | FIA Card Services, NA/Bank of America | Dividend paid 100.00% on $6,345.78; Claim# 19; Filed: $6,345.78; Reference: | 7100-000 | | 6,345.78 | 64,663.80 |
| 01/14/13 | 113 | United Consumer Financial Services (Kirby) | Dividend paid 70.40% on $760.36; Claim# 20; Filed: $760.36; Reference: | 7200-000 | | 535.32 | 64,128.48 |
| 01/14/13 | 114 | Chase Bank USA, N.A. | Combined Check for Claims#2,3,4,5,6 | | | 39,400.47 | 24,728.01 |
| | | | Dividend paid 100.00% on $5,385.73; Claim# 2; Filed: $5,385.73    5,385.73 | 7100-000 | | | 24,728.01 |
| | | | Dividend paid 100.00% on $19,523.88; Claim# 3; Filed: $19,523.88    19,523.88 | 7100-000 | | | 24,728.01 |
| | | | Dividend paid 100.00% on $4,783.66; Claim# 4; Filed: $4,783.66    4,783.66 | 7100-000 | | | 24,728.01 |
| | | | Dividend paid 100.00% on $2,235.73; Claim# 5;    2,235.73 | 7100-000 | | | 24,728.01 |

Subtotals : $180,000.00   $155,271.99

{} Asset reference(s)                                                                                   Printed: 02/28/2013 09:39 AM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-74239  
**Case Name:** NISSEN, CAROL  
**Taxpayer ID #:** **-***9544  
**Period Ending:** 02/28/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******30-66 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $2,235.73 | | | | |
| | | | Dividend paid 100.00% on $7,471.47; Claim# 6; Filed: $7,471.47 | 7100-000 | 7,471.47 | | 24,728.01 |
| 01/14/13 | 115 | GE Money Bank | Combined Check for Claims#11,12,13,14,15,16,17,18 | | | 24,728.01 | 0.00 |
| | | | Dividend paid 100.00% on $68.74; Claim# 11; Filed: $68.74 | 7100-000 | 68.74 | | 0.00 |
| | | | Dividend paid 100.00% on $1,495.01; Claim# 12; Filed: $1,495.01 | 7100-000 | 1,495.01 | | 0.00 |
| | | | Dividend paid 100.00% on $7,593.62; Claim# 13; Filed: $7,593.62 | 7100-000 | 7,593.62 | | 0.00 |
| | | | Dividend paid 100.00% on $2,519.70; Claim# 14; Filed: $2,519.70 | 7100-000 | 2,519.70 | | 0.00 |
| | | | Dividend paid 100.00% on $830.75; Claim# 15; Filed: $830.75 | 7100-000 | 830.75 | | 0.00 |
| | | | Dividend paid 100.00% on $4,649.97; Claim# 16; Filed: $4,649.97 | 7100-000 | 4,649.97 | | 0.00 |
| | | | Dividend paid 100.00% on $5,484.27; Claim# 17; Filed: $5,484.27 | 7100-000 | 5,484.27 | | 0.00 |
| | | | Dividend paid 100.00% on $2,085.95; Claim# 18; Filed: $2,085.95 | 7100-000 | 2,085.95 | | 0.00 |

|  |  |  |
|---|---:|---:|
| ACCOUNT TOTALS | 180,000.00 | 180,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 180,000.00 | 180,000.00 | |
| Less: Payments to Debtors | | 15,000.00 | |
| NET Receipts / Disbursements | $180,000.00 | $165,000.00 | |

{} Asset reference(s)    Printed: 02/28/2013 09:39 AM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-74239
**Case Name:** NISSEN, CAROL

**Taxpayer ID #:** **-***9544
**Period Ending:** 02/28/13

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******30-66 - Checking Account
**Blanket Bond:** $820,095.60  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

```
Net Receipts :              180,000.00
Less Payments to Debtor :    15,000.00
                            _____
Net Estate :               $165,000.00
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****184366** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******30-66** | 180,000.00 | 165,000.00 | 0.00 |
| | $180,000.00 | $165,000.00 | $0.00 |